CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 08 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UHURU' SEKOU OBATAIYE-ALLAH,<br><br>Plaintiff,<br>v.<br><br>HAROLD CLARKE, ET AL.,<br><br>Defendant(s). | CASE NO. 7:15CV00250<br><br>ORDER<br><br>By: Glen E. Conrad<br>Chief United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

as follows:

1. Plaintiff's motion for interlocutory injunctive relief (ECF No. 9) is **DENIED**; and

2. Plaintiff's "motion for relief from order" (ECF No. 20), seeking to withdraw his claim against the Virginia Department of Corrections is **DISMISSED** as moot; the court dismissed this claim without prejudice by order entered July 7, 2015, and that order will not count as a "strike" under 28 U.S.C. § 1915(g), as plaintiff fears.

ENTER: This 7th day of September, 2015.

/s/ Glen E. Conrad
Chief United States District Judge