CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 08 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UHURU' SEKOU OBATAIYE-ALLAH, | ) | CASE NO. 7:15CV00250 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| | ) | |
| HAROLD CLARKE, ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendants. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that defendants' motion for summary judgment (ECF No. 32) is **GRANTED**; plaintiff's pending motion regarding discovery (ECF No. 46) is **DENIED**; his "motion" offering settlement terms (ECF No. 52) is **DISMISSED** as moot; and the clerk shall **STRIKE** this case from the active docket of the court.

ENTER: This 8th day of August, 2016.

/s/ Glen E. Conrad
Chief United States District Judge